**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1228**

_____

JEROME BURNETT,

        Plaintiff - Appellant,

    v.

BJ'S WHOLESALE CLUB, INC.,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Senior District Judge.  (1:22-cv-02840-JKB)

_____

Submitted:  June 13, 2024                           Decided:  June 18, 2024

_____

Before RUSHING and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jerome Andrew Burnett, Appellant Pro Se.  Brendan T. Sweeney, MORGAN, BROWN & JOY, Boston, Massachusetts; Teresa D. Teare, SHAWE ROSENTHAL, LLP, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Burnett appeals the district court's order granting Defendant summary judgment on Burnett's multiple employment related claims, including claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Burnett v. BJ's Wholesale Club, Inc.*, No. 1:22-cv-02840-JKB (D. Md. Mar. 8, 2024). We deny Burnett's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*